IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **DIANA TRUE,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**DELTA AIR LINES, INC.,**<br><br>    **Defendant.** | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:21-CV-433-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B). On June 12, 2023, Magistrate Judge Bennett issued a Report and Recommendation [ECF No. 61], recommending that the court deny Defendant's Motion to Dismiss [ECF No. 49] and order the parties to meet and confer and submit a stipulated amended scheduling order.

The Report and Recommendation notified the parties that any objection to the Report and Recommendation must be filed within fourteen days of receiving it. As of the date of this Order, neither party has submitted an objection, and the deadline for submitting an objection has passed.

A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Bennett's recommendations in their entirety. Therefore, the court adopts and affirms Magistrate Judge

Bennett's Report and Recommendation as the Order of the court. Defendant's Motion to Dismiss [ECF No. 49] is DENIED, and the parties are ordered to meet and confer and submit a stipulated amended scheduling order within twenty-one (21) days of the date of this Order.

DATED this 20th day of July, 2023.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge