IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIANA TRUE,<br><br>        Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>        Defendant. | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:21-CV-433-DAK-DBP<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Dustin B. Pead |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred the case to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On April 4, 2024, Magistrate Judge Pead issued a Report and Recommendation [ECF No. 92], recommending that the court grant Defendant Delta Air Lines, Inc.'s Motion for Summary Judgment [ECF No. 76]. The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation must be filed within fourteen days of receiving it. Plaintiff timely filed Objections to Magistrate's Report and Recommendation on Defendant's Motion for Summary Judgment [ECF No. 93].

      A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the Report and Recommendation and the record *de novo* and agrees with Magistrate Judge Pead's analysis and recommendations in their entirety. Plaintiff claims that there are disputed issues of material fact, but she has not submitted evidence to establish such disputes. The court agrees

that Plaintiff has failed to present evidence that Delta did not have a good faith belief that she had violated its social media policy and other related policies when it terminated her employment. Moreover, Plaintiff has not presented evidence that Delta's termination decision was a pretext for reverse discrimination or in retaliation for Plaintiff's protected activity. Nothing Plaintiff asserts in her Objections undermines Magistrate Judge Pead's analysis of the issues. Therefore, the court adopts and affirms Magistrate Judge Pead's Report and Recommendation as the order of the court. Accordingly, the court grants Delta's Motion for Summary Judgment [ECF No. 76].

DATED this 1st day of May 2024.

BY THE COURT:

DALE A. KIMBALL
United States District Judge